DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL E. KOWALLEK,**
Appellant,

v.

**PIONEER SCREEN COMPANY INC II,**
Appellee.

No. 4D2025-0364

[September 25, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562023CA000374.

Daniel E. Kowallek, Port Saint Lucie, pro se.

Leif J. Grazi of Grazi & Gianino, LLP, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER, JJ., and SHULLMAN, SARAH L., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***